FREDERICK H. HOWELL and Others, Copartners, etc., Respondents, v. GARRETT

& COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.